[No. 11950-8-I.  Division One.  December 27, 1984.]

RICHARD X. MAGUIRE, ET AL, *Appellants,* v. LYLE
OCHS, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Skagit
County, No. 41159, Harry A. Follman, J., entered June 10,
1982. *Affirmed* by unpublished opinion per Ringold, J.,
concurred in by Corbett, A.C.J., and Williams, J.

[No. 11953-2-I.  Division One.  December 27, 1984.]

JAMES H. DAUGHTRY, *Respondent,* v. SIBKIS
TRADE-A-BLADE, INC., ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 79-2-01203-1, Robert C. Bibb, J.,
entered June 10, 1982. *Affirmed* by unpublished opinion
per Callow, J., concurred in by Durham, C.J., and Schol-
field, J.

[No. 11968-1-I.  Division One.  December 27, 1984.]

DEVILLE HOMES, INC., *Appellant,* v. ROBERT KEENE,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 80-2-02273-3, Robert M. Elston, J., entered
June 11, 1982. *Affirmed* by unpublished opinion per Swan-
son, J., concurred in by Williams and Scholfield, JJ.